Anthony W. Merrill (#022598)
Lucas J. Narducci (#011281)
Michael C. Ford (#019084)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Email: amerrill@swlaw.com
        lnarducci@swlaw.com
        mford@swlaw.com
*Attorneys for Plaintiff Dolphin, Incorporated*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dolphin, Incorporated, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIG Specialty Insurance Company, an Illinois company,<br><br>Defendant. | No. 2:19-cv-05161-DJH<br><br>**Plaintiff's Notice of Remote Deposition of Steven Plitt**<br><br>**Date: March 31, 2022**<br>**Time: 9:00 A.M. MST**<br>**Place: Carrie Reporting, L.L.C. via Zoom** |

**TO AIG SPECIALTY INSURANCE COMPANY:**

Please take notice that, pursuant to Federal Rule of Civil Procedure 26 and 30, the deposition of the following person will be taken upon oral examination before an officer authorized by law to administer oaths at the following time and place.

**Deponent:**   **Steven Plitt**

**Date:**   **March 31, 2022**

**Time:**   **9:00 A.M. MST**

**Place:**   **Carrie Reporting, L.L.C. via Zoom**

Please take note that the deposition will take place utilizing Zoom remote digital technology and paperless exhibits. Please also take note that the court reporter will be

1   remote and not in the physical presence of the witness. The deposition will be recorded by

2   stenographic means.

3        Dated this 17th day of February 2022.

4                                SNELL & WILMER L.L.P.

5

6        By: s/ Anthony W. Merrill
             Anthony W. Merrill

7             Lucas J. Narducci
              Michael C. Ford

8             Attorneys for Dolphin, Incorporated

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 17, 2022, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing, which automatically

sends a Notice of Electronic Filing to the following:

Matt Anderson
Matt Anderson Law, PLLC
2633 E. Indian School Road, Suite 370
Phoenix, Arizona 85016
matt@mattandersonlaw.com
Attorneys for Defendant

Matthew J. Schroeder
Elliot Strader
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75021
matt.shroeder@akerman.com
elliot.strader@akerman.com
Attorneys for Defendant


s/  *Richard A. Schaan*

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000