Anthony W. Merrill (#022598)
Lucas J. Narducci (#011281)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona  85004
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: amerrill@swlaw.com
          lnarducci@swlaw.com
*Attorneys for Plaintiff Dolphin, Incorporated*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dolphin, Incorporated, an Arizona corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AIG Specialty Insurance Company, an Illinois company,<br><br>　　　　Defendant. | No. 2:19-cv-05161-PHX-ROS<br><br>**NOTICE OF SETTLEMENT** |

　　　　Plaintiff Dolphin, Incorporated ("Dolphin") gives notice that the parties have reached a settlement in principle of all claims asserted in this case.  The parties are now finalizing a written settlement agreement and anticipate filing a stipulation for dismissal with prejudice before year end.

　　　　DATED this 22nd day of November, 2022.

　　　　　　　　　　　　　　　　　　　　SNELL & WILMER L.L.P.


　　　　　　　　　　　　　　　　　　　　By: *s/ Anthony W. Merrill*
　　　　　　　　　　　　　　　　　　　　　　Anthony W. Merrill
　　　　　　　　　　　　　　　　　　　　　　Lucas J. Narducci
　　　　　　　　　　　　　　　　　　　　　　One East Washington St., Suite 2700
　　　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona  85004
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Dolphin Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/Elysa Hernandez*