# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dolphin Incorporated, | No. CV-19-05161-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| AIG Specialty Insurance Company, | |
| Defendant. | |

Pursuant to the stipulation of the parties following a settlement (Doc. 164), and good cause appearing,

**IT IS ORDERD** the stipulation (Doc. 164) is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE** with each party to incur its own costs and fees.

**IT IS FURTHER ORDERED** the Clerk of Court shall terminate this action.

Dated this 28th day of December, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge